# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| WALKER COUNTY BOARD OF EDUCATION, an agency of the State of Alabama,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>JOE ROGERS AND PHYLLIS ROGERS, INDIVIDUALLY AND AS PARENTS OF S.R., a minor,  )<br>)<br>)<br>)<br>Defendants.  ) | Civil Action No. CV 04-S-2937-J |

## JUDGMENT

On November 21, 2006 the Magistrate Judge entered Findings and Recommendation in the above-captioned civil action pursuant to the provisions of paragraph 5 of the General Order of Reference, Rule 72 of the *Federal Rules of Civil Procedure* and 28 U.S.C. § 636(b).  The magistrate judge directed that objections conforming to the provisions of 28 U.S.C. § 636(b) and Rule 72 were to be filed no later than December 6, 2006.  Neither party has filed objections.

After careful *de novo* review of the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation ACCEPTED.

In accordance with the General Order of Reference this action is assigned to the undersigned district judge and it FURTHER ORDERED, ADJUDGED and DECREED, in conformity with Rule 58(a)(1), that judgment is entered in favor of plaintiff and against defendants as the court specifically finds that there is no material issue of fact to be resolved. The decision of the hearing officer that S.R. was denied a free appropriate public education is SET ASIDE. The clerk is directed to close this file.

ORDERED this 20th day of December, 2006.

_____
United States District Judge